NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1138

HORIZON LINES, LLC,

Plaintiff-Appellee,

v.

UNITED STATES,

Defendant-Appellant.

Appeal from the United States Court of International Trade in case no. 07-CV-0039, Judge Evan J. Wallach.

ON MOTION

O R D E R

The United States moves for a 1-day extension of time, until April 15, 2010, to file its initial brief.

IT IS ORDERED THAT:

The motion for an extension of time is granted.

FOR THE COURT

APR 1 9 2010

Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Evelyn M. Suarez, Esq.
Edward F. Kenny, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 9 2010

JAN HORBALY
CLERK